# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAZY SEHRGOSHA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>KINDRED HEALTHCARE, INC., PHYLLIS R. YALE, BENJAMIN A. BREIER, JOEL ACKERMAN, JONATHAN D. BLUM, PAUL J. DIAZ, HEYWARD R. DONIGAN, RICHARD GOODMAN, CHRISTOPHER T. HJELM FRED J. KLEISNER, SHARAD MANSUKANI, M.D., and LYNN SIMON, M.D.,<br><br>    Defendants. | Case No. 1:18-cv-00230-RGA |

## MOTION FOR PLAINTIFFS' APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

Plaintiff Mazy Sehrgosha ("Plaintiff") respectfully submits this Motion for an Application for Attorneys' Fees and Expenses (the "Motion") and moves this Court for an Order in the form attached hereto.[1] The grounds for this Motion are set forth in the accompanying Memorandum of Law and the Declaration of Blake A. Bennett, Esquire including the exhibits attached thereto.

---

[1] Plaintiff Debra Carter, a Kindred Healthcare stockholder, filed the action *Carter v. Kindred Healthcare, Inc.*, 18-cv-254, asserting similar allegations as Plaintiff Sehrgosha, participated in prosecuting the claims described herein, and joins in this application. The reference to "Plaintiffs" in this Brief refers solely to Plaintiffs Sehrgosha and Carter.

| | |
|---|---|
| Dated: March 28, 2018 | Respectfully submitted, |
| | **COOCH AND TAYLOR, P.A.** |
| **OF COUNSEL:** | */s/ Blake A. Bennett* |
| | Blake A. Bennett (#5133) |
| **MONTEVERDE & ASSOCIATES PC** | The Brandywine Building |
| Juan E. Monteverde | 1000 West Street, 10th Floor |
| The Empire State Building | Wilmington, DE 19801 |
| 350 Fifth Avenue, Suite 4405 | Tel.: (302) 984-3800 |
| New York, NY 10118 | |
| Telephone: (212) 971-1341 | *Attorney for Plaintiff* |
| Email: jmonteverde@monteverdelaw.com | |

*Attorneys for Plaintiff*